Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
Mailing Address:
7320 N. La Cholla #154-413
Tucson, AZ 85741
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

# United States Bankruptcy Court

## District Of Arizona

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROBIN FURMAN | ) | Case No. 09-09314-TUC-EWH |
| | ) | |
| STANLEY FURMAN | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| Last four digits of Social Security No(s).:7253 | ) | |
| 7111 | ) | |
| _____ | ) | |

*Notice of Return of*
*Proposed Stipulated Order on Confirmation (SOC)*
*Notice of Motion to Dismiss*
*And*
*Notice of Intent to Upload Order Dismissing Case*

Dianne C. Kerns, Trustee for the above-captioned estate, hereby gives notice that the *Order Confirming Chapter 13 Plan* has been reviewed by the Trustee and is being returned to Debtor's counsel for the following reasons:

1. The Chapter 13 Plan as purposed in underfunded in the amount of -$4738.69.

  2. The Stipulated Order on Confirmation purposes to pay post-petition arrears in the amount of $5,045.27 however there is only $2415.51 in post-petition arrears.

The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

  This Notice will serve as the Trustee's Motion to Dismiss the case in the event the above issues are not resolved within 30 days from the date of this Notice.

  Pursuant to L.R.B.P. 2084-10(b), the Debtor has 30 days to comply with the Trustee's requests, or the Trustee will upload and serve a proposed dismissal order stating the Debtor has failed to comply with the Trustee's request. If the Debtor is unable to comply with the requirements within 30 days, an extension of time should be requested from the Bankruptcy Court stating the reasons for the delay.

  Dated this __16_ day of June, 2010.

            OFFICE OF THE CHAPTER 13 TRUSTEE
            7320 N. La Cholla #154-413
            Tucson, AZ  85741


            By /s/  DCK 011557
              Dianne C. Kerns, Chapter 13 Trustee

A copy of the foregoing **NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC), NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE** was filed with the United States Bankruptcy Court and a copy together with a receipt of filing transmitted via electronic or first class mail this ____6/16/2010_____ to:


Debtors:
ROBIN & STANLEY FURMAN
921 S SIDNEY AVE
TUCSON AZ 85711

Attorneys for Debtors:
KATHRYN JOHNSON
2 E CONGRESS ST SUITE 900
TUCSON AZ 85701

By: _____AH_____